JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SALAZAR; BETTY SALAZAR, <br><br> Plaintiffs, <br><br> v. <br><br> TOM HOEFEL, Chief of Police; CITY OF BURBANK, et al., <br><br> Defendants. | Case No. 2:04-cv-10015-FMC-PJWx <br><br> **JUDGMENT IN FAVOR OF DEFENDANTS CITY OF BURBANK, ADAM ADLER AND KELLY FRANK** <br><br> Trial Date: September 16, 2008 |

On September 16, 2008, Carol A. Humiston, attorney for Defendants, and Defendants Adam Adler and Kelly Frank, appeared for the trial in this matter. Plaintiffs John Salazar and Betty Salazar, pro se, did not appear for the trial, and did not request a continuance of the trial. This Court granted Defendants' Request for Judicial Notice, pursuant to Federal Rules of Evidence 201, to wit: the certified copy of the docket for Los Angeles Superior Court Case No. EC044395, *Wells Fargo v. Best Publishing,* the certified copy of the Statement of Decision signed by Judge Matz, Los Angeles Superior Court, on March 5, 2008, Case No. Ec044395; and the certified copy of the Judgment, signed by Judge Matz, Los Angeles Superior Court, on March 5, 2008, Case No. EC044395.

1    JUDGMENT IS HEREBY ENTERED in this case in favor of Defendants
2 City of Burbank, Adam Adler and Kelly Frank.

5 DATED: Sept 25, 2008

_____
The Honorable Florence-Marie Cooper
United States District Court Judge